FILE COPY



# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
  CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 5, 2021

Jessica L. Lambert
The Lambert Law Firm
Trinity Plaza I
750 East Mulberry Avenue, Suite 407
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Miguel A. Ortiz
Ortiz Law Offices, P.C.
Alamo Towers
40 NE Loop 410, Ste. 118
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Fernando Daniel Gireud
Gireud Hobbs PLLC
8930 Wurzbach Rd., Ste. 280
San Antonio, TX 78240
* DELIVERED VIA E-MAIL *

Smaranda Draghia
P.O. Box 691287
San Antonio, TX 78269
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-20-00416-CV
        Trial Court Case Number:   2010-CI-00379
        Style:  In the Interest of C.C.E., Jr., A Child

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                    Very truly yours,
                    Michael A. Cruz,
                    Clerk of Court

                    *Monica Rivera*

                    Monica Rivera
                    Deputy Clerk, Ext. 53855

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-20-00416-CV

**IN THE INTEREST OF C.C.E., JR., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00379
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee's Second Motion for Extension of Time to File Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court